

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00127-CR

**EX PARTE** Ronald **THOMPSON**

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CR-1148-W2
The Honorable Ron Rangel, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, we REVERSE the trial court's judgment and REMAND this matter to the trial court for entry of an order dismissing the prosecution against Ronald Thompson, i.e., all charges against Ronald Thompson for alleged violations of section 21.15(b)(1) of the Texas Penal Code.

SIGNED August 30, 2013.

Marialyn Barnard, Justice